"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIO ERNESTO UMANA,<br><br>Petitioner,<br><br>v.<br><br>MELISSA LEA, Warden,<br><br>Respondent. | Case No. CV 08-00673 CJC (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's "opposition to the motion to dismiss and motion to set aside the convictions" that he filed on August 18, 2008, and is construed as his Objection to the R&R. IT IS ORDERED that:

1. The Objection is overruled and the R&R is approved and adopted.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
3. Any other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: August 21, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE