Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARIO ERNESTO UMANA, | ) | Case No. CV 08-00673 CJC (AN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MELISSA LEA, Warden, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 21, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY